# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHNATHAN T. MAZZION, | Case No. 2:14-cv-00269-APG-PAL |
| Plaintiff, | REPORT OF FINDINGS AND RECOMMENDATION |
| v. | |
| JOSEPH MANOS, et al., | |
| Defendants. | |

This matter is before the court on Plaintiff Johnathan T. Mazzion's failure to file an amended complaint. Plaintiff is proceeding in this action pro se. Plaintiff filed an Application to Proceed In Forma Pauperis and submitted a complaint. Because the court granted Plaintiff's request to proceed in forma pauperis, the court screened the complaint pursuant to 28 U.S.C. § 1915(e). *See* Screening Order (Dkt. #2). The court found Plaintiff's complaint failed to state a claim upon which relief could be granted and allowed Plaintiff thirty days to file an amended complaint. Plaintiff has not filed an amended complaint or requested an extension of time to do or taken any other action to prosecute this case. Plaintiff was warned that if he failed to file an amended complaint, the case would be dismissed.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Complaint (Dkt. #3) be DISMISSED.

Dated this 10th day of November, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court.  Pursuant to Local Rule of Practice IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the district court's Order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.