# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHNATHAN T. MAZZION, | Case No. 2:14-CV-00269-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| JOSEPH MANOS, *et al.*, | (Dkt. #4) |
| Defendants. | |

On November 10, 2014, Magistrate Judge Leen entered a Report & Recommendation (Dkt. #4) recommending I dismiss this case due to Plaintiff's failure to file an amended complaint as directed. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Leen's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #4) is accepted and Plaintiff's Complaint is DISMISSED.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE